CO-386
10/2018

# United States District Court
# For the District of Columbia

United States of America )
)
)
)
　　　　　　　Plaintiff )　　Civil Action No. __1:24-cv-2226-ABJ_____
vs )
)
Norfolk Southern Corporation and )
Norfolk Southern Railway Company )
)
　　　　　　　Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Norfolk Southern Corporation and Norfolk Southern Railway Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Norfolk Southern Corporation and Norfolk Southern Railway Company__ which have any outstanding securities in the hands of the public:

　　Norfolk Southern Railway Company's parent corporation is Norfolk Southern Corporation. Norfolk Southern Corporation is a publicly held corporation that owns 10% or more of the stock of Norfolk Southern Railway Company.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　　　　　　　　　　　　　　　　　　_/s/ Kristin Graham Koehler_
　　　　　　　　　　　　　　　　　　　　　Signature

__464422__　　　　　　　　　　　　　　　Kristin Graham Koehler
BAR IDENTIFICATION NO.　　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　　　　1501 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　　Washington　　DC　　20005
　　　　　　　　　　　　　　　　　　　　　City　　　　　State　　Zip Code

　　　　　　　　　　　　　　　　　　　　　(202) 736-8000
　　　　　　　　　　　　　　　　　　　　　Phone Number