# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>NORFOLK SOUTHERN CORPORATION,<br>NORFOLK SOUTHERN RAILWAY<br>COMPANY,<br>650 W. Peachtree Street NW<br>Atlanta, GA 30308,<br><br>　　　　　*Defendants*. | Civil Action No. 1:24-cv-2226-ABJ |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Under Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company respectfully request a 90-day extension of the deadline to respond to the complaint, through December 27, 2024. Plaintiff the United States consents to the requested extension.

1.　　On July 30, 2024, Plaintiff commenced this action against Defendants by filing the complaint. *See* ECF No. 1.

2.　　On the same date, Defendants waived the service of summons. *See* ECF Nos. 4, 5. Thus, Defendants have 60 days from July 30 to file a responsive pleading or a Rule 12 motion. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). Because day 60 falls on Saturday, September 28, the current responsive pleading deadline is thus Monday, September 30, 2024. *See* Fed. R. Civ. P. 6(a)(1)(C).

3.　　The parties are engaged in discussions about their respective views of the case and potential resolutions. They met in person to discuss the case on September 4, and are planning a

further meeting in mid-October.  The requested extension will facilitate these continued discussions.  There is thus good cause for the extension.

4. Plaintiff's counsel consents to the requested extension.  In turn, Defendants will consent to an extension of Plaintiff's deadline to oppose any motion to dismiss, to 60 total days from such a motion's filing date.

5. This is the first extension requested by any party in this case.

6. This motion is filed before the expiration of the responsive pleading period.

For these reasons, Defendants respectfully request that the Court extend the deadline to respond to the complaint through December 27, 2024.

September 23, 2024

Respectfully submitted,

*/s/ Kristin Graham Koehler*
Kristin Graham Koehler (D.C. Bar No. 464422)
Gordon D. Todd (D.C. Bar No. 475203)
Raymond A. Atkins (D.C. Bar No. 461476)
Tobias Loss-Eaton (D.C. Bar No. 1019749)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
kkoehler@sidley.com

*Counsel for Defendants*