# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>*Defendants*. | Civil Action No. 1:24-cv-2226-ABJ |

## [PROPOSED] ORDER

On this ___ day of _____, 2024, it is hereby ORDERED that:

Defendants' Consent Motion for Extension of Time to Respond to the Complaint is GRANTED; and

Defendant shall respond to the Complaint in accordance with the Federal Rules of Civil Procedure on or before December 27, 2024.

_____
The Hon. Amy Berman Jackson
United States District Judge