**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION,<br>NORFOLK SOUTHERN RAILWAY<br>COMPANY,<br>650 W. Peachtree Street NW<br>Atlanta, GA 30308,<br><br>*Defendants*. | Civil Action No. 1:24-cv-2226-ABJ |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO THE COMPLAINT**

Under Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company respectfully request a 31-day extension of the deadline to respond to the complaint, through Monday, January 27, 2024.  Plaintiff the United States consents to the requested extension.

1.	On July 30, 2024, Plaintiff commenced this action against Defendants by filing the complaint.  *See* ECF No. 1.

2.	On the same date, Defendants waived the service of summons.  *See* ECF Nos. 4, 5. Defendants' responsive pleading was thus due Monday, September 30, 2024.  *See* Fed. R. Civ. P. 12(a)(1)(A)(ii); Fed. R. Civ. P. 6(a)(1)(C).

3.	On September 23, 2024, Defendants filed a consent motion to extend the deadline to respond to the complaint by 90 days to facilitate discussions between the parties about their respective views of the case and potential resolutions.  *See* ECF No. 12.  The Court granted the

1

motion and directed Defendants to respond to the complaint by December 27, 2024. *See* Minute

Order (Sept. 23, 2024).

    4.    Discussions between the parties are ongoing. The parties met in person to discuss

the case on September 4 and October 22, and they are scheduled to meet again in person on

December 2. The requested extension will facilitate these continued discussions. There is thus

good cause for the extension.

    5.    Plaintiff's counsel consents to the requested extension. In turn, Defendants will

consent to an extension of Plaintiff's deadline to oppose any motion to dismiss, to 60 total days

from such a motion's filing date.

    6.    This is the second extension requested by any party in this case.

    7.    This motion is filed before the expiration of the responsive pleading period.

    For these reasons, Defendants respectfully request that the Court extend the deadline to

respond to the complaint through Monday, January 27, 2024.


  November 21, 2024                          Respectfully submitted,

                                              /s/ Kristin Graham Koehler
                                             Kristin Graham Koehler (D.C. Bar No. 464422)
                                             Gordon D. Todd (D.C. Bar No. 475203)
                                             Raymond A. Atkins (D.C. Bar No. 461476)
                                             Tobias Loss-Eaton (D.C. Bar No. 1019749)
                                             SIDLEY AUSTIN LLP
                                             1501 K Street, N.W.
                                             Washington, D.C. 20005
                                             (202) 736-8000
                                             kkoehler@sidley.com

                                             *Counsel for Defendants*