**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION,<br>NORFOLK SOUTHERN RAILWAY<br>COMPANY,<br><br>*Defendants.* |

No. 1:24-cv-2226-ABJ

**Oral Argument Requested**

### NORFOLK SOUTHERN'S MOTION TO TRANSFER OR DISMISS

Under Federal Rules of Civil Procedure 12(b)(2)–(3) and 28 U.S.C. §§ 1404(a), 1406(a), 1631, defendants Norfolk Southern Corporation and Norfolk Southern Railway Company (together, Norfolk Southern) move the Court to dismiss this case or transfer it to the Northern District of Georgia.  Alternatively, Norfolk Southern moves to dismiss the complaint for failure to state a claim under Rule 12(b)(6).

The grounds for this motion are set forth in the accompanying brief.  A proposed order is attached.

January 27, 2025

Respectfully submitted,

*/s/ Kristin Graham Koehler*
Kristin Graham Koehler (D.C. Bar No. 464422)
Gordon D. Todd (D.C. Bar No. 475203)
Raymond A. Atkins (D.C. Bar No. 461476)
Tobias S. Loss-Eaton (D.C. Bar No. 1019749)
Stephen S. Laudone (D.C. Bar No. 1708325)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
kkoehler@sidley.com

*Counsel for Norfolk Southern Corporation
and Norfolk Southern Railway Company*

**CERTIFICATE OF SERVICE**

On January 27, 2025, I caused the foregoing motion and the accompanying brief, declaration, and exhibit to be filed through the Court's CM/ECF system, which will serve copies on all registered counsel.

Respectfully submitted,

*/s/ Kristin Graham Koehler*
Kristin Graham Koehler

*Counsel for Norfolk Southern Corporation
and Norfolk Southern Railway Company*