### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>*Defendants*. | No. 1:24-cv-2226-ABJ |

### DECLARATION OF MICHAEL McCLLELAN IN SUPPORT OF NORFOLK SOUTHERN'S MOTION TO TRANSFER OR DISMISS

I, Michael McClellan, declare under 28 U.S.C. § 1746 as follows:

1. I am Senior Vice President and Chief Strategy Officer at Norfolk Southern Railway Company. I have held this position since April 2021. For over two decades before that, I held various Vice President roles at Norfolk Southern. I submit this declaration, based on my personal knowledge, in support of Norfolk Southern's motion to transfer or dismiss this action.

2. Norfolk Southern owns no railroad track or operational facilities in the District of Columbia.

3. Norfolk Southern's only operations in the District of Columbia involve the use of trackage rights over lines owned and operated by CSX Transportation.

4. Norfolk Southern's dispatching policies and all centralized dispatching decisions are made from the company's headquarters in Atlanta, Georgia.

5. Norfolk Southern conducts no dispatching within, or for track located in, the District of Columbia.

6.       Attached as Exhibit 1 is a true and correct excerpted copy of the Amended and Restated Off-Corridor Operating Agreement between Norfolk Southern Railway Company and the National Railroad Passenger Corporation, dated February 1, 2006.

7.       Norfolk Southern treats the contract in Exhibit 1 as confidential because it contains commercially and competitively sensitive information.  Norfolk Southern's competitors are not privy to all the terms of its agreement with Amtrak.  Copies are not available to the public.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 27, 2025.

*/s/ Michael J. McClellan*
Michael McClellan