# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>    *Defendants*. | No. 1:24-cv-2226-ABJ |

### [PROPOSED] ORDER

Upon consideration of Norfolk Southern Corporation and Norfolk Southern Railway Company's motion to transfer or dismiss, it is, this ___ day of _____, 2025, hereby **ORDERED** that the motion is granted. It is further

**[ORDERED** under Federal Rules of Civil Procedure 12(b)(2)–(3) that this case is dismissed for lack of personal jurisdiction and improper venue.]

**[ORDERED** under 28 U.S.C. §§ 1406(a), 1631 that this case is transferred to the Northern District of Georgia to cure a lack of personal jurisdiction and improper venue.]

**[ORDERED** under 28 U.S.C. § 1404(a) that this case is transferred to the Northern District of Georgia in the interests of justice.]

**[ORDERED** under Federal Rule of Civil Procedure 12(b)(6) that the complaint is dismissed for failure to state a claim.]

_____<br>
Hon. Amy Berman Jackson<br>
United States District Judge

**PARTIES TO BE SERVED WITH PROPOSED ORDER**

Pursuant to Local Civil Rule 7(k), the following attorneys for the United States are entitled to be notified of entry of foregoing proposed order:

Max J. Goldman
Amber M. Charles
Pauline A. Stamatelos
Trial Attorneys
U.S. Department of Justice
  Civil Division
  Consumer Protection Branch
450 5th Street NW, Suite 6400-S
Washington, DC 20530
Max.J.Goldman@usdoj.gov
Amber.M.Charles@usdoj.gov
Pauline.A.Stamatelos@usdoj.gov