# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>NORFOLK SOUTHERN CORPORATION,<br><br>        and<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>                Defendants. | Civil No. 1:24-cv-02226 |

## WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b), notice is hereby given that Amber M. Charles withdraws her appearance as counsel for Plaintiff. The United States continues to be represented in this matter by other attorneys of record, and Ms. Charles's withdrawal will not impede the efficient progress of the matter.

Dated: February 7, 2025                                        Respectfully submitted,

                                                                    */s/ Amber M. Charles*
                                                                    AMBER M. CHARLES, DC Bar # 1035226
                                                                    Trial Attorney
                                                                    U.S. Department of Justice, Civil Division
                                                                    Consumer Protection Branch
                                                                    450 5th Street NW, Suite 6400-S
                                                                    Washington, DC 20530
                                                                    202-307-3009 (Charles)
                                                                    Amber.M.Charles@usdoj.gov

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 7, 2025, I caused to be served the proceeding notice on all counsel of record through the Court's CM/ECF system.

                                                                        */s/ Amber M. Charles*
                                                                        Amber M. Charles
                                                                        Trial Attorney