UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>        v.<br><br>NORFOLK SOUTHERN CORPORATION,<br>NORFOLK SOUTHERN RAILWAY<br>COMPANY,<br>650 W. Peachtree Street NW<br>Atlanta, GA 30308,<br><br>        *Defendants*. | Civil Action No. 1:24-cv-2226-ABJ |

**GOVERNMENT'S CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE DEFENDANT'S
MOTION TO TRANSFER OR DISMISS THE COMPLAINT**

Under Federal Rule of Civil Procedure 6(b)(1)(A), the government respectfully requests a 45-day extension of the deadline to respond to Defendants' motion to transfer or dismiss the complaint, through Monday, May 12, 2025. Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company ("Defendants") consent to the requested extension.

1.    On July 30, 2024, the government commenced this action against Defendants by filing the complaint. *See* ECF No. 1.

2.    On the same date, Defendants waived the service of summons. *See* ECF Nos. 4, 5. Defendants' responsive pleading was thus due Monday, September 30, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii); Fed. R. Civ. P. 6(a)(1)(C).

3.    On September 23, 2024, Defendants filed a consent motion to extend the deadline to respond to the complaint by 90 days to facilitate discussions between the parties about their respective views of the case and potential resolutions. *See* ECF No. 12. The Court granted the

motion and directed Defendants to respond to the complaint by December 27, 2024.  *See* Minute Order (Sept. 23, 2024).

4. On November 21, 2024, Defendants filed a consent motion to extend the deadline to respond to the complaint by 30 days to facilitate discussions between the parties about their respective views of the case and potential resolutions.  *See* ECF No. 13. The Court granted the motion and directed Defendants to respond to the complaint by January 27, 2024. *See* Minute Order (Nov. 21, 2024).

5. On January 27, 2025, Defendants filed a motion to transfer or dismiss the complaint under Federal Rules of Civil Procedure 12(b)(2)-(3) and (6) and 28 U.S.C. § 1404(a), 1406(a), 1631. *See* ECF No. 14.  The deadline for the government to respond to the Defendants' motion is March 28, 2025.

6. Discussions between the parties are ongoing.  The parties met in-person to discuss the case on September 4 and October 22 and December 2 and March 10, and they are actively discussing to arrange another in-person meeting.  The requested extension will facilitate these continued discussions.  There is thus good cause for the extension.

7. Defendants' counsel consents to the requested extension.

8. This is the third extension requested by any party in this case.

9. This motion is filed before the expiration of the responsive pleading period.

For these reasons, the United States respectfully request that the Court extend the deadline to respond to the Defendants' motion to transfer or dismiss the complaint through Monday, May 12, 2025.

March 18, 2025

Respectfully submitted,

AMANDA N. LISKAMM
Director, Consumer Protection Branch

_____
Max J. Goldman
Pauline A. Stamatelos
Trial Attorneys
United States Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street NW, Suite 6400-S
Washington, DC 20530
(202) 514-2000
max.j.goldman@usdoj.gov

*Counsel for Plaintiff*