# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION,<br>NORFOLK SOUTHERN RAILWAY<br>COMPANY,<br>650 W. Peachtree Street NW<br>Atlanta, GA 30308,<br><br>*Defendants*. | Civil Action No. 1:24-cv-2226-ABJ |

## THE GOVERNMENT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' MOTION TO TRANSFER OR DISMISS THE COMPLAINT

Under Federal Rule of Civil Procedure 6(b)(1)(A), the government respectfully requests a 60-day extension of the deadline to respond to Defendants Norfolk Southern Corporation's and Norfolk Southern Railway Company's ("Defendants") motion to transfer or dismiss the complaint ("Motion"), to on or by Friday, July 11, 2025. The Defendants consent to the requested extension.

1. On July 30, 2024, the government commenced this action against Defendants by filing the complaint. *See* ECF No. 1.

2. On the same date, Defendants waived the service of summons. *See* ECF Nos. 4, 5. Defendants' responsive pleading was thus due Monday, September 30, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii); Fed. R. Civ. P. 6(a)(1)(C).

3. On September 23, 2024, Defendants filed a consent motion to extend the deadline to respond to the complaint by 90 days to facilitate discussions between the parties about their

respective views of the case and potential resolutions. *See* ECF No. 12. The Court granted the consent motion and directed Defendants to respond to the complaint by December 27, 2024. *See* Minute Order (Sept. 23, 2024).

4. On November 21, 2024, Defendants filed a consent motion to extend the deadline to respond to the complaint by 30 days to facilitate discussions between the parties about their respective views of the case and potential resolutions. *See* ECF No. 13. The Court granted the consent motion and directed Defendants to respond to the complaint by January 27, 2024. *See* Minute Order (Nov. 21, 2024).

5. On January 27, 2025, Defendants filed its Motion under Federal Rules of Civil Procedure 12(b)(2)-(3) and (6) and 28 U.S.C. § 1404(a), 1406(a), 1631. *See* ECF No. 14. The deadline for the government to respond to the Defendants' Motion was March 28, 2025.

6. On March 18, 2025, the government filed a consent motion to extend the deadline to respond to the Motion by 45 days from March 28, 2025, to May 12, 2025, to facilitate the parties' ongoing discussions to resolve this action. *See* ECF No. 18.

7. On March 19, 2025, the Court granted the government's consent motion and directed the government to respond to the Defendants' Motion by May 12, 2025. The Court also ordered the parties to file a joint status report regarding the progress of settlement discussions if a settlement had not been reached by May 12, 2025. *See* Minute Entry Order (Mar. 19, 2025).

8. Although the parties have not reached a settlement agreement, discussions between the parties remain ongoing. Recently the parties met in-person to discuss the action on April 7, 2025, after which settlement communications continued. The requested extension will facilitate these continued discussions. Additionally, the requested extension will conserve judicial resources. There is thus good cause for the extension.

9. Defendants' counsel consents to the requested extension.

10. This is the fourth extension requested by any party in this case.

11. This consent motion is filed before the expiration of the responsive pleading period.

For these reasons, the United States respectfully requests that the Court extend the deadline to respond to the Defendants' Motion to on or by Friday, July 11, 2025.

May 5, 2025                                  Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director, Consumer Protection Branch

*/s Max J. Goldman*
Max J. Goldman
Pauline A. Stamatelos
Oliver J. McDonald
Trial Attorneys
United States Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street NW, Suite 6400-S
Washington, DC 20530
(202) 514-2000
Max.J.Goldman@usdoj.gov
Pauline.A.Stamatelos@usdoj.gov
Oliver.J.McDonald@usdoj.gov

*Counsel for Plaintiff*