# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION,<br>NORFOLK SOUTHERN RAILWAY COMPANY,<br>650 W. Peachtree Street NW<br>Atlanta, GA 30308,<br><br>*Defendants*. | Civil Action No. 1:24-cv-2226-ABJ |

## [PROPOSED] ORDER

On this _____ day of _____, 2025, it is hereby ORDERED that:

Plaintiff's consent motion for extension of time to respond to the Defendants' motion to transfer or dismiss the complaint is GRANTED; and

Plaintiff shall respond to the Defendants' motion to transfer or dismiss the complaint in accordance with the Federal Rules of Civil Procedure on or before July 11, 2025.

_____
The Hon. Amy Berman Jackson
United States District Judge