# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, *Defendants*. | No. 1:24-cv-2226-ABJ |

## JOINT STATUS REPORT

The Parties submit this joint status report on their progress toward an amicable resolution of this case pursuant to the Court's March 19, 2025 order. The Parties engaged in discussions about their respective views of the case and potential resolutions throughout the fall of 2024. These discussions included in-person meetings on September 4, October 22, and December 2, as well as substantial written and virtual communications. However, the Parties were unable to reach agreement on all material issues at that time.

After a brief pause, the Parties renewed their discussions regarding potential avenues to resolve this case in late February 2025. The Parties met in person on March 10 and April 7, discussions have continued since the April 7 meeting, and the Government is currently reviewing a proposal by Defendants. The extension the Court recently granted for the Government's response to Defendants' motion to transfer or dismiss will enable this process to continue in a timely and efficient manner.

| | |
|---|---|
| May 9, 2025 | Respectfully submitted, |
| | |
| YAAKOV M. ROTH | */s/ Kristin Graham Koehler* |
| Acting Assistant Attorney General | Kristin Graham Koehler (D.C. Bar No. 464422) |
| Civil Division | Gordon D. Todd (D.C. Bar No. 475203) |
| | Raymond A. Atkins (D.C. Bar No. 461476) |
| MICHAEL D. GRANSTON | Tobias S. Loss-Eaton (D.C. Bar No. 1019749) |
| Deputy Assistant Attorney General | Stephen S. Laudone (D.C. Bar No. 1708325) |
| | SIDLEY AUSTIN LLP |
| AMANDA N. LISKAMM | 1501 K Street, N.W. |
| Director | Washington, D.C. 20005 |
| Consumer Protection Branch | (202) 736-8000 |
| | kkoehler@sidley.com |
| */s/ Max J. Goldman* | |
| Max J. Goldman | *Counsel for Norfolk Southern Corporation* |
| Pauline A. Stamatelos | *and Norfolk Southern Railway Company* |
| Oliver J. McDonald | |
| Trial Attorneys | |
| United States Department of Justice | |
| Civil Division | |
| Consumer Protection Branch | |
| 450 5th Street NW, Suite 6400-S | |
| Washington, DC 20530 | |
| (202) 514-2000 | |
| Max.J.Goldman@usdoj.gov | |
| Pauline.A.Stamatelos@usdoj.gov | |
| Oliver.J.McDonald@usdoj.gov | |
| | |
| *Counsel for the United States of America* | |

2

## CERTIFICATE OF SERVICE

On May 9, 2025, I caused the foregoing joint status report to be filed through the Court's CM/ECF system, which will serve copies on all registered counsel.

Respectfully submitted,

 /s/ Kristin Graham Koehler
Kristin Graham Koehler

*Counsel for Norfolk Southern Corporation and Norfolk Southern Railway Company*