UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>   v.<br><br>NORFOLK SOUTHERN CORPORATION,<br>NORFOLK SOUTHERN RAILWAY<br>COMPANY,<br>650 W. Peachtree Street NW<br>Atlanta, GA 30308,<br><br>   *Defendants.* | Civil Action No. 1:24-cv-2226-ABJ |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE DEFENDANTS'
<u>MOTION TO TRANSFER OR DISMISS THE COMPLAINT</u>**

Under Federal Rule of Civil Procedure 6(b)(1)(A), the government respectfully requests a 60-day extension of the deadline to respond to Defendants Norfolk Southern Corporation's and Norfolk Southern Railway Company's ("Defendants") motion to transfer or dismiss the complaint ("Motion"), from July 11, 2025 to on or before September 9, 2025. The Defendants consent to the government's requested extension and the parties respectfully inform the Court they have reached a settlement in principle.

  1. On July 30, 2024, the government commenced this action against Defendants by filing the complaint. *See* ECF No. 1.

  2. On the same date, Defendants waived the service of summons. *See* ECF Nos. 4, 5. Defendants' responsive pleading was thus due on Monday, September 30, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii); Fed. R. Civ. P. 6(a)(1)(C).

3. On September 23, 2024, Defendants filed a consent motion to extend the deadline to respond to the complaint by 90 days to facilitate discussions between the parties about their respective views of the case and potential resolutions. *See* ECF No. 12. The Court granted the consent motion and directed Defendants to respond to the complaint by December 27, 2024. *See* Minute Order (Sept. 23, 2024).

4. On November 21, 2024, Defendants filed a consent motion to extend the deadline to respond to the complaint by 30 days to facilitate discussions between the parties about their respective views of the case and potential resolutions. *See* ECF No. 13. The Court granted the consent motion and directed Defendants to respond to the complaint by January 27, 2024. *See* Minute Order (Nov. 21, 2024).

5. On January 27, 2025, Defendants filed its Motion under Federal Rules of Civil Procedure 12(b)(2)-(3) and (6) and 28 U.S.C. § 1404(a), 1406(a), 1631. *See* ECF No. 14. The deadline for the government to respond to the Defendants' Motion was March 28, 2025.

6. On March 18, 2025, the government filed a consent motion to extend the deadline to respond to the Motion by 45 days from March 28, 2025, to May 12, 2025, to facilitate the parties' ongoing discussions to resolve this action. *See* ECF No. 18.

7. On March 19, 2025, the Court granted the government's consent motion and directed the government to respond to the Defendants' Motion by May 12, 2025. The Court also ordered the parties to file a joint status report regarding the progress of settlement discussions if a settlement had not been reached by May 12, 2025. *See* Minute Entry Order (Mar. 19, 2025).

8. On May 5, 2025, the government filed a consent motion to extend the deadline to respond to the Motion by 60 days from May 12, 2025, to July 11, 2025, to facilitate the parties' ongoing discussions to resolve this action. *See* ECF No. 20.

9. On May 6, 2025, the Court granted the government's consent motion and directed the government to respond to Defendants' Motion by July 11, 2025. *See* Minute Entry Order (May 6, 2025).

10. On May 9, 2025, the parties filed a Joint Status Report in response to the Court's March 19, 2025 order. The parties informed the Court *inter alia* that the parties continued to discuss settlement and that the government was reviewing Defendants' proposed terms. *See* ECF No. 21.

11. On July 7, 2025, the parties reached a settlement in principle. The government requests this extension to facilitate the parties' efforts to finalize the settlement agreement.

12. Defendants consent to the requested extension.

13. This is the fifth extension requested by any party in this case.

14. This motion is filed before the expiration of the responsive pleading period.

July 8, 2025                                            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SARMAD KHOJASTEH
Acting Deputy Assistant Attorney General
Civil Division

LISA K. HSIAO
Acting Director
Consumer Protection Branch

*Paulina Stamatelos*
Max J. Goldman
Pauline A. Stamatelos
Trial Attorneys
United States Department of Justice
Civil Division
Consumer Protection Branch

3

450 5th Street NW, Suite 6400-S<br>
Washington, DC 20530<br>
(202) 514-2000<br>
Max.J.Goldman@usdoj.gov<br>
Pauline.A.Stamatelos@usdoj.gov

*Counsel for Plaintiff*