# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

NORFOLK SOUTHERN CORPORATION,
NORFOLK SOUTHERN RAILWAY
COMPANY,
650 W. Peachtree Street NW
Atlanta, GA 30308,

    *Defendants*.

Civil Action No. 1:24-cv-2226-ABJ

## [PROPOSED] ORDER

On this _____ day of _____, 2025, it is hereby ORDERED that:

Plaintiff's consent motion for extension of time to respond to the Defendants' motion to transfer or dismiss the complaint is GRANTED; and

Plaintiff shall respond to the Defendants' motion to transfer or dismiss the complaint in accordance with the Federal Rules of Civil Procedure on or before September 9, 2025.

_____

The Hon. Amy Berman Jackson
United States District Judge