## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Norfolk Southern Corp., *et al.*,<br><br>      Defendants. | No. 1:24-cv-2226-ABJ |

### Joint Stipulation of Dismissal with Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff United States of America, and Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

September 9, 2025

Respectfully submitted,

/s/

KRISTIN GRAHAM KOEHLER
GORDON D. TODD
RAYMOND A. ATKINS
TOBIAS S. LOSS-EATON
STEPHEN S. LAUDONE
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC  20005
(202) 736-8000
kkoehler@sidley.com

*Counsel for Norfolk Southern Corporation and Norfolk Southern Railway Company*

/s/

MAX J. GOLDMAN
PAULINA A. STAMATELOS
OLIVER MCDONALD
Trial Attorneys
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street NW, Suite 6400-S
Washington, DC  20530
(202) 514-2000
Max.J.Goldman@usdoj.gov
Pauline.A.Stamatelos@usdoj.gov
Oliver.J.McDonald@usdoj.gov

*Counsel for the United States of America*